7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

**In Re:**  Davin Leon Carvain
**Debtor**

**Bankruptcy Case No.**
12–61728–abf7

**United States Trustee**
    Plaintiff(s)

v.

**Adversary Case No.**
13–06030–abf

**Davin Leon Carvain**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That judgment is entered in favor of Plainiff, and against the defendant Devin Leon Carvain. The discharge of Defendant Devin Leon Carvain is hereby REVOKED. The parties shall bear their own costs.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 9/5/13

Court to serve